# Exhibit E

1  KATHY J. HUANG (SBN 240677)
   kathy.huang@alston.com
2  RACHEL E. K. LOWE (SBN 246361)
   rachel.lowe@alston.com
3  **ALSTON & BIRD LLP**
4  333 S. Hope Street, 16th Floor
   Los Angeles, California 90071
5  Telephone:  (213) 576-1000
   Facsimile:   (213) 576-1100
6

7  Attorneys for Defendant
   COLONIAL PENN LIFE
8  INSURANCE COMPANY

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**COUNTY OF SACRAMENTO**

| | |
|---|---|
| MARK COLE, on behalf of himself and all others similarly situated and aggrieved,<br><br>Plaintiff,<br><br>v.<br><br>COLONIAL PENN LIFE INSURANCE COMPANY; and DOES 1 to 50, inclusive<br><br>Defendants. | Case No.<br><br>State Case No.: 23CV012045<br><br>**NOTICE TO SUPERIOR COURT AND ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT**<br><br>Filing Date: December 22, 2023 |

**PLEASE TAKE NOTICE** that, on December 22, 2023, Defendant Colonial Penn Life Insurance Company filed a Notice of Removal of this case in the United States District Court for the Eastern District of California.  A true and correct copy of the Notice of Removal is attached hereto as **Exhibit A**.

Dated: December 22, 2023

KATHY J. HUANG
RACHEL E. K. LOWE
**ALSTON & BIRD LLP**


By: */s/ Kathy J. Huang*
　　　Kathy J. Huang
Attorneys for Defendant
COLONIAL PENN LIFEE INSURANCE COMPANY