1  KATHY J. HUANG (SBN 240677)
   kathy.huang@alston.com
2  RACHEL E. K. LOWE (SBN 246361)
3  rachel.lowe@alston.com
   **ALSTON & BIRD LLP**
4  333 S. Hope Street, 16th Floor
5  Los Angeles, California 90071
   Telephone:   (213) 576-1000
6  Facsimile:    (213) 576-1100
7
   Attorneys for Defendant
8  COLONIAL PENN LIFE
9  INSURANCE COMPANY

10                **UNITED STATES DISTRICT COURT**
                  **EASTERN DISTRICT OF CALIFORNIA**
11

12  MARK COLE, on behalf of himself and all        Case No.
    others similarly situated and aggrieved,
13                                                  State Case No.: 23CV012045
14            Plaintiff,
                                                    **DEFENDANT COLONIAL PENN**
15       v.                                         **LIFE INSURANCE COMPANY'S**
                                                    **CORPORATE DISCLOSURE**
16                                                  **STATEMENT**
    COLONIAL PENN LIFE INSURANCE
17  COMPANY; and DOES 1 to 50, inclusive
18
              Defendants.
19

20

21

22

23

24

25

26

27

28

DEFENDANT COLONIAL PENN LIFE INSURANCE COMPANY'S CORPORATE
DISCLOSURE STATEMENT

1

## CORPORATE DISCLOSURE STATEMENT

2

3

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Colonial Penn Life

Insurance Company, by and through the undersigned, states that it is a wholly-owned

4

indirect subsidiary of CNO Financial Group, Inc.

5

6    DATED: December 22,        **ALSTON & BIRD LLP**
     2023
7

8                               By:   */s/ Kathy J. Huang*
                                      Kathy J. Huang
9                                     Rachel E. K. Lowe
                                      Attorneys for Defendant
10                                    COLONIAL PENN LIFE INSURANCE
                                      COMPANY
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, Nora Fernandez, declare:

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Alston & Bird LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, California, 90071.

On December 22, 2023, I served the document(s) described as **STIPULATION EXTENDING DEFENDANT COLONIAL PENN LIFE INSURANCE COMPANY'S DEADLINE TO RESPOND TO PLAINTIFF'S INTIAL COMPLAINT BY NOT MORE THAN 28 DAYS** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows: SEE ATTACHED SERVICE LIST

☒  BY MAIL:  I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service.  In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California, 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm.  Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California, 90071.

☐  ☐ UPS NEXT DAY AIR   ☐ FEDERAL EXPRESS   ☐ OVERNIGHT DELIVERY:  I deposited such envelope in a facility regularly maintained by ☐  UPS    ☐  FEDERAL EXPRESS   ☐  OVERNIGHT DELIVERY [specify name of service: _____] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐  UPS   ☐  FEDERAL EXPRESS      ☐   OVERNIGHT DELIVERY [specify name of service: _____] authorized to receive documents at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California, 90071 with delivery fees fully provided for.

☒  BY ELECTRONIC MAIL TRANSMISSION WITH ATTACHMENT:  On this date, I transmitted the above-mentioned document(s) by electronic mail transmission with attachment to the parties at the electronic mail address set forth on the attached Service List.

☐  [State]        I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒  [Federal]      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 22, 2023, at Los Angeles, California.

Nora Fernandez

Nora Fernandez

---

2
SERVICE LIST

1

2

*Mark Cole, et al. v. Colonial Penn Life Insurance Company, et al.*
_____

## SERVICE LIST

3

4

5

***Attorneys for Plaintiff and Proposed Class***

6

Zev B. Zysman
Law Offices of Zev B. Zysman
Email: *zev@zysmanlaca.com*
Address: *15760 Ventura Blvd., Suite 700 Encino, CA 91436*
Phone: *(818) 783-8836*

7

8

9

Todd M. Friedman
Adrian R. Bacon
Law Offices of Todd M. Friedman, P.C.
Email: *tfriedman@toddflaw.com abacon@toddflaw.com*
Address: *21031 Ventura Blvd. Suite 340 Woodland Hills, CA 91364*
Phone: *(323) 306-4234*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28